SETON HALL COLLEGE, complainant,

*v.*

CALUMET CONSTRUCTION COMPANY et al., defendants.

[Submitted December 9th, 1912.   Decided March 5th, 1913.]

Appeal of Browe Company.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 148.*

*Mr. George H. Peirce,* for the appellant.

*Mr. Gilbert Collins,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.